IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHARRON L. NOLLEY,  )
                                                )
           Plaintiff,     )
                                                )   Civil Case No. 08-6277-PK
       v.               )
                                                )   O R D E R
MICHAEL J. ASTRUE, Commissioner  )
Social Security Administration,  )
                                                )
           Defendant.   )
_____  )

       Kathryn Tassinari
       Mark Manning
       Harder, Wells, Baron & Manning, P.C.
       474 Willamette, Suite 200
       Eugene, Oregon  97401

              Attorneys for Plaintiff

       Kent S. Robinson
       Acting United States Attorney
       District of Oregon

Page 1 - ORDER

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

Leisa A. Wolf
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

      Attorneys for Defendant

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on August 14, 2009.  Defendant filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  This court has, therefore, given de novo review of the rulings of Magistrate Judge Papak.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Papak dated August 14, 2009 in its entirety.

///

IT IS HEREBY ORDERED that the decision of the Commissioner is reversed and remanded for further proceedings.

DATED this ___8th___ day of September, 2009.

                                            ___/s/ Garr M. King___
                                            GARR M. KING
                                          United States District Judge